# EXHIBIT B

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| SRC1722250565 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER |
| **Received Date** | **Priority Date** | **Petitioner** |
| 08/14/2017 | 08/14/2017 | SPAULDING REHABILITATION HOSPITAL |
| **Notice Date** | **Page** | **Beneficiary** A204 187 613 |
| 08/23/2017 | 1 of 1 | BARBOSA, CINTIA KAREN CRESPO |

SPAULDING REHABILITATION HOSPITAL
c/o KATARZYNA LOOR
LAW OFFICE OF JEFF GOLDMAN LLP
125 WASHINGTON STREET STE 204
SALEM MA 01970

**Notice Type:** Approval Notice
**Section:** Professional, Sec.203(b)(3)(A)(ii)
**Consulate:**
**ETA Case Number:** NA
**SOC Code:** 291141  **Skill Level:** 2
**Work Site:** CAMBRIDGE MA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

**Customer Service Telephone:** 800-375-5283



FORM I-797 [REV. 08/01/16]