# EXHIBIT C

**Form I-797C, Notice of Action**

Welcome to the Lawrence Field Office



Please listen for your ticket to announce.

1:17 PM

Your Number is

# K69

**RANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | Notice Date |
|---|---|
| NITIAL INTERVIEW | January 15, 2019 |
| MANENT RESIDENCE OR ADJUST STATUS | A# A214 687 095 |
| ved Date  ber 17, 2017 | Priority Date | Page 1 of 2 |

A Number

Receipt Number

J LLP
204

iew appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))*

*Who should come with you?*
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 30 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.
- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services  2 MILL STREET  LAWRENCE, MA 01840 | ON: Tuesday, February 19, 2019  AT: 01:15PM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  07/11/14  Y

**Form I-797C, Notice of Action**

Welcome to the Lawrence Field Office



Please listen for your ticket to announce.

1:18 PM

Your Number is

**K70**

K AL...

7/19/201... ...

**...NT ANY IMMIGRATION STATUS OR BENEFIT.**

| ...IAL INTERVIEW | | Notice Date<br>January 15, 2019 |
|---|---|---|
| ...NENT RESIDENCE OR ADJUST STATUS | | A#<br>A204 187 613 |
| Date<br>...17, 2017 | Priority Date | Page<br>1 of 2 |

...LP

A Number

Receipt Number

...appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 30 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted within the last year).
- If required, confirmation of Bona Fide Job Offer or Request for Job Portability (Supplement J) (unless already submitted).
- All documentation establishing your eligibility for Lawful Permanent Resident status.
- Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- Your Birth Certificate.
- If you have children, bring a Birth Certificate for each of your children.
- If your eligibility is based on your marriage to the principal beneficiary of a petition, in addition to your spouse coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.
- In addition to the above, if you are applying based on an Immigrant Petition for Alien Worker (Form I-140) that was filed by a relative who is a U.S. citizen or lawful permanent resident or by a for-profit entity where 5% or more of the ownership interest is held by a relative who is a U.S. citizen or lawful permanent resident, bring completed Affidavit(s) of Support (Form I-864) with all required evidence for each of your sponsors (unless already submitted). One sponsor must be the relative who petitioned for you. The required evidence includes:

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2 MILL STREET<br>LAWRENCE, MA 01840 | ON: Tuesday, February 19, 2019<br>AT: 01:15PM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  07/11/14  Y