# EXHIBIT D

U. S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Lawrence Field Office – District #1
2 Mill Street
Lawrence, MA 01840



**U.S. Citizenship
and Immigration
Services**

ı APR 0 9 2019

**Cintia Karen Crespo Barbosa
22 3rd St. Apt. 2
MEDFORD MA 02155**

**A204187613
SRC1890055093**

Notice of Intent to Deny

The purpose of this notice is to inform you that U.S. Citizenship and Immigration Services (USCIS) intends to deny you're application for status as a lawful permanent resident of the United States.  You filed your Application to Register Permanent Residence or Adjust Status, Form I-485, on October 17, 2017 under section 245 of the Immigration and Nationality Act (Act).

INA § 245(a) governs adjustment to permanent residence.  It states in pertinent part:

The status of an alien who was inspected and admitted or paroled into the United States…may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if (1) the alien makes an application for such adjustment, (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application is filed.  [Emphasis added.]

INA § 245(i) provides an exception to the above provision of law.  It states in pertinent part:
Notwithstanding the provisions of subsection (a)…an alien physically present in the United States who is the beneficiary…of a petition that was filed with the Attorney General on or before April 30, 2001…may apply to the Attorney General for the adjustment of his or her status to that of an alien lawfully admitted for permanent residence.  And who was physically present in the United States on the date of the enactment of the LIFE Act Amendments of 2000 [enacted December 21, 2000]

To adjust status under INA section 245(i) the immigrant visa petition must have been

(1) Properly filed and,
(2) Approvable when filed. 8 C.F.R. section 1245.10(a)(2)

"Approvable when filed" means that as of the date of the petition, the application or petition   was (1) properly filed, (2) meritorious in fact, and (3) non-frivolous (meaning patently without substance). 8 C.F.R. section 1245.10(a)(3).  Where a visa petition has been determined to be fraudulent, it may not be used as a basis for adjustment under INA section 245(i).

The record shows that you are the beneficiary of a Form I-360 (SRC0118250414) Petition for Special Immigrant filed on behalf of the principal immigrant, your father, Otacilio Crespo.

On April 25, 2001, Assembly of God in Boston filed Form I-360, petition for Special Immigrant Religious Worker on behalf of Otacilio Crespo.

Documentation submitted with Form I-360 claims that Otacilio Crespo has been an active member of the Assemblies of God in Boston church since 1990.

In support of Form I-360 an employment history of Otacilio Crespo was submitted by Rev. Ouriel de Jesus who is listed as president of Assembly of God in Boston.

Rev. de Jesus wrote "I Rev. Ouriel de Jesus, Pastor President of the Assembly of God in Boston ministries, on oath depose and state the following":

> Mr. Otacilio Crespo is currently serving as a Christian worker with the Assembly of God in Somerville. He is in good standing with our church and in fellowship with the ministerial body.

> He has been an active member of the Assembly of God in Boston since 1990. He has ministered as a Christian since then, even before being ordained as Deacon of the Gospel. As a Christian Worker and by virtue of such recognition, he is duly authorized to perform functions of Religious Workers in our churches.

> All these years, Mr. Crespo has provided spiritual assistance to our Brazilian Community. He has ministered in our Somerville Church primarily in our Deaconess Department. His permanent activity as a Religious Worker for our Church in Somerville will involve ministering in our Deaconal Department. Mr. Crespo will continue to perform the following primaries (sic) duties: assistance to local Pastor, worship services, provide prayer to the sick at hospitals and homes, visit the elders, minister Sunday school class, evangelism activities and collect tithe offerings.

> We have therefore extended a full-time position to Mr. Crespo and an annual salary of $22,000 in order for him to minister at our church in Somerville MA.

A work schedule for Otacilio Cortez was also submitted by Rev. de Jesus listing a forty hour workweek spread over seven days of which every hour is described as performing various ministerial functions.

In addition, Assembly of God in Boston lists religious and academic experience for Otacilio Crespo, including:

> Assembly of God in Boston, Bible School Ministry 1995.

> Assembly of God in Boston, Theological Basic Course 1996.

> Assembly of God in Boston, Bible School Ministry 1997.

> Assembly of God in Boston, Certificate of Ordination as Deacon 1998.

> Assembly of God in Boston, Certificate in Bible School Ministry 1999.

> Assembly of God in Boston, Diploma Bible School Ministry 2000.

On June 11, 2003 prior to the adjudication of Form I-360, Otacilio Crespo through his legal representative (who is not the legal representative who prepared Form I-360) withdrew Form I-360 filed on behalf of Otacilio Crespo. This withdrawal took place shortly after the attorney/preparer of Form I-360 was convicted of conspiracy, engaging in visa fraud, harboring aliens and multiple counts of making false statements on employment visa applications.

On October 19, 2010, USCIS received Form I-485 (MSC1102127780) filed by Otacilio Crespo seeking to adjust status to that of a permanent resident based on being the immediate relative of a United States citizen.

On Form I-485 Otacilio Crespo listed his only association with any religious group as being a member of Revival Church in Everett MA from January 18, 1998 through at least the date that USCIS received his Form I-485.

On Form G-325 Biographic Information filed concurrently with Form I-485, Otacilio Crespo listed his only employment from January 1990 through at least the date USCIS received Form G-325 as a finish carpenter at Northeast Cabinet Door in West Roxbury MA.

There is no evidence in the immigration history of Otacilio Crespo that Otacilio Crespo was associated with, or employed by, Assembly of God in Boston church.

To adjust status under INA section 245(i) the immigrant visa petition must have been

(1) Properly filed and,
(2) Approvable when filed. 8 C.F.R. section 1245.10(a)(2)

Form I-360 filed on behalf of Otacilio Crespo was not approvable when filed.

You may, if you chose, submit affidavits in support of your rebuttal. Affidavits must contain the full legal name, address, date of birth, and contact telephone number of the affiant. Please be aware the Board of Immigration Appeals has held that affidavits, when unsupported by credible documentation, lack probative value to establish a fact for immigration purposes.

All of your arguments must be made, and all of your evidence must be submitted, at one time. Submission of only some arguments or only part of your evidence will be considered a request for a decision based upon the record as of the date your waiver or arguments are received. If your arguments and evidence do not establish that your case was approvable at the time it was filed, your case will be denied.

Your response must be received by the Lawrence Filed Office on or before 33 days from the date of this notice. Your case is being held in this office pending your response. No extension of the period allowed for your rebuttal will be granted. If you do not respond to this request within the time allowed, your case will be denied

Sincerely,

Kristen M. Smith
Director
Lawrence Field Office

cc:Attorney Katarzyna Loor 125 Washington St Suite 204, Salem MA 01970
cc:file
by:egh