# EXHIBIT F

## Jared Pliner

**From:** Jeff Goldman
**Sent:** Monday, June 29, 2020 2:30 PM
**To:** denis.riordan@dhs.gov; Kristen Smith (Kristen.Smith@uscis.dhs.gov)
**Cc:** Michael J. McCleary (Michael.J.McCleary@uscis.dhs.gov); Kasia Loor; Jared Pliner
**Subject:** Cintia Karen Crespo Barbosa, A204187613; Carlos Henrique Barbosa, A214687095
**Attachments:** Barbosa Mandamus Draft.docx

Dear Denis and Kristen,

I do not know where to turn with these two long-overdue pending cases in Lawrence, so I am emailing you. My law firm's Form G-28 is in your file. I am attaching a draft of our Writ of Mandamus which will be filed in Federal Court one week from today if we do not have a response by then. I am sending this as a courtesy as you are both named as Defendants.

Our clients, Cintia Karen Crespo Barbosa (A204-187-613) and her husband, Carlos Henrique Barbosa (A214-687-095), attended their Adjustment of Status interviews 18 months ago in Lawrence and have still not received a decision on their applications. In April of 2019, we received a NOID questioning her 245(i) eligibility, and we promptly responded with the evidence from the Post Office proving 245(i) eligibility, and this should no longer be a concern. It has been over a year even since the NOID response was filed. Since that date, their priority date has gone from current, to backlogged, to current again.

The petitioner for the approved I-140 is Spaulding Rehabilitation Hospital, where Ms. Barbosa is a highly-acclaimed nurse currently assisting patients with COVID-19.

The two cases do have some mildly-unique issues in that Ms. Barbosa is currently inside the United States under DACA, and is Adjusting Status under 245(i), but these matters should have been reviewed and approved of either at the interview or shortly after we responded to the NOID more than a year ago.

We have lodged service requests and have repeatedly reached out to Lawrence to no avail.

Ms. Barbosa is a nurse who has managed patients' care with compassion and dedication. She is currently risking her life by assisting in the treatment of COVID-19. The US government owes her at minimum to make a decision whether she could stay in the country for which she has given so much.

Thank you for your assistance.

Best,
Jeff

Jeff Goldman
Direct: 978.219.5055
Email: jeff@jeffgoldmanimmigration.com



| | Massachusetts Office | California Office | All written correspondence to: |
|---|---|---|---|
| | **Cambridge Innovation Center** | **Bovet Professional Center** | **Jeff Goldman Immigration LLP** |
| | One Broadway (Kendall Square) | 155 Bovet Road, Suite 302 | 125 Washington Street, Suite 204 |
| | Cambridge, MA 02142 | San Mateo, CA 94402 | Salem, MA 01970 |
| | Phone: 978.219.5040 | Phone: 650.293.0900 | |
| | Direct: 978.219.5036 | Fax: 650-523-4387 | |
| | Fax: 617.977.0928 | | www.jeffgoldmanimmigration.com |



# Jeff Goldman
## IMMIGRATION

*VIA FEDERAL EXPRESS*

May 27, 2020

USCIS Office Director
Lawrence Field Office
ATTN: Adjustment of Status Adjudications
2 Mill Street
Lawrence, MA 01840

RE:                  I-485, Applications for Adjustment of Status

**Principal Applicant:**      Cintia Karen Crespo BARBOSA (A204-187-613)
                                     **Receipt Number:**     SRC-18-900-55093

**Derivative Applicant:**     Carlos Henrique BARBOSA (A214 687 095)
                                     **Receipt Number:**     SRC-18-900-55090

Dear Director,

       I represent Mrs. and Mr. Barbosa with the above-captioned matter. My G-28s have previously been submitted.

       On February 19, 2019, Mrs. and Mr. Barbosa were interviewed at your office in reference to their I-485, Applications to Register Permanent Residence or Adjust Status. However, as of today, there have been no decisions regarding these applications.

       **Please note that as of June 1, 2020, Mrs. Barbosa's priority date in the Employment-Based category worldwide (August 14, 2017) will be current again and her case as well as her husband's case can be approved.** See the attached I-140 approval notice.

       <u>**We hereby respectfully request that favorable decisions are issued in these cases immediately after June 1, 2020 and no later than June 14, 2020. While we hope we won't need to do this, we are prepared to take further legal action if the case is not approved by the date listed above.**</u> Thank you in advance for your prompt attention to this request.

                                                               Very truly yours,

                                                               Katarzyna Loor, Esq.

Enclosure

---

| Cambridge Innovation Center | Bovet Professional Center | *All correspondence goes to:* |
|---|---|---|
| One Broadway (Kendall Square) | 155 Bovet Road, Suite 302 | Jeff Goldman Immigration |
| Cambridge, MA 02142 | San Mateo, CA 94402 | 125 Washington Street |
| TEL: 978.219.5040 | TEL: 650.293.0900 | Suite 204 |
| FAX: 617.977.0928 | FAX: 650.523.4387 | Salem, MA 01970 |

Page 1 of 1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Jared Pliner

**From:** USCIS <USCIS-CaseStatus@dhs.gov>
**Sent:** Monday, December 16, 2019 11:58 AM
**To:** Martha Ellis
**Subject:** Your recent inquiry (receipt #SRC-18-900-55093)

U.S. Department of Homeland Security
2 Mill Street
Lawrence, MA 01840

U.S. Citizenship and Immigration Services
Monday, December 16, 2019

Emailed to martha@jeffgoldmanimmigration.com

Dear Cintia Barbosa:

On 12/05/2019, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
-- Loor, Katarzyna

Caller indicated they are:
-- Attorney or Authorized Representative

Attorney Name:
-- LOOR, KATARZYNA

Case type:
-- I485

Filing date:
-- 10/17/2017

Receipt #:
-- SRC-18-900-55093

Referral ID:
SR13391904326TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 204187613

Type of service requested:
-- Non-Delivery of Approval Notice

1

The status of this service request is:

On 12/05/2019, you or your representative contacted us concerning your I-485 Form, Application to Register as a Permanent Resident or Adjust Status to request an update on the status of your case. Below is a summary of what we found and how the issue has been or may be resolved.

Based on your inquiry, we have reviewed the status of your case and found that it remains under active examination. This office acknowledges the completion of your case being outside of the normal processing and realizes the inconvenience it may cause. The delay has been necessary in order to ensure the thorough processing of your case and provide you with the best possible service. USCIS will notify you as soon as possible if any further information is needed from you, or when a decision has been made.

We hope this information is helpful and appreciate your continued patience.

------------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at https://urldefense.proofpoint.com/v2/url?u=http-3A__www.uscis.gov&d=DwICAw&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=YZq9qYkNMT46XlNVl6DxDqN-m3Ql7hOBfrV46Z-vBv6nnlTso6zQ9iSGWASOo60I&m=dMbmnODscQfWRgHoy9HaavmPiJ0WwKENe-37EMkN6rI&s=Lyd4J2fpE-ZLFmH96pK3yGAreTlY7C1ZUVD2zcsIRWQ&e= for information about:
Using our Case Status Online tool;
Signing up for case status updates;
Checking processing times;
Submitting an e-Request to inquire about certain applications and petitions;
Using our Office Locator;
Using InfoPass to schedule an appointment; and
Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at https://urldefense.proofpoint.com/v2/url?u=http-3A__www.uscis.gov_ar-2D11&d=DwICAw&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=YZq9qYkNMT46XlNVl6DxDqN-m3Ql7hOBfrV46Z-vBv6nnlTso6zQ9iSGWASOo60I&m=dMbmnODscQfWRgHoy9HaavmPiJ0WwKENe-37EMkN6rI&s=dxTFkvSVxIgxPxgpZ5XsXBiCGwCMlMXs1sVZyvt8xa8&e=, and click on ?Change Your Address Online.?
For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).



# Jeff Goldman IMMIGRATION

*VIA FEDERAL EXPRESS*

September 26, 2019

U. S. Citizenship and Immigration Services
Lawrence Field Office
ATTN: Adjustment of Status Adjudications
2 Mill Street
Lawrence, MA 01840

| | |
|---|---|
| RE: | **I-485, Application for Adjustment of Status** |
| | **Receipt Number:**   SRC-18-900-55093 |
| | **Applicant:**   Cintia Karen Crespo BARBOSA (204-187-613) |

Dear Sir or Madam:

    I represent Ms. Barbosa with the above-captioned matter. My G-28 has previously been submitted.

    On February 19, 2019, Ms. Barbosa was interviewed at your office in reference to her I-485, Application to Register Permanent Residence or Adjust Status. However, as of today, there has been no decision regarding this application.

    We hereby respectfully request that a favorable decision is issued on this case as soon as possible. Ms. Barbosa's priority date of August 14, 2017 under the Employment-Based Third Preference Category (EB-3) for Brazil will be current in October of this year. Please find enclosed a copy of the I-140 approval notice for your easy reference.

    Thank you in advance for your prompt attention to this request.

Very truly yours,

Katarzyna Loor, Esq.

KL/me
Enclosures

---

| Cambridge Innovation Center | Bovet Professional Center | *All correspondence goes to:* |
|---|---|---|
| One Broadway (Kendall Square) | 155 Bovet Road, Suite 302 | Jeff Goldman Immigration |
| Cambridge, MA 02142 | San Mateo, CA 94402 | 125 Washington Street |
| TEL: 978.219.5040 | TEL: 650.293.0900 | Suite 204 |
| FAX: 617.977.0928 | FAX: 650.523.4387 | Salem, MA 01970 |

**Jeff Goldman Immigration**
www.jeffgoldmanimmigration.com



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.