# EXHIBIT G

By Alysha Palumbo • Published April 15, 2020 • Updated on April 15, 2020 at 8:31 pm




A 92-year-old man left the hospital Wednesday after beating COVID-19.

69°

CORONAVIRUS

# Medical Staff Cheers After 92-Year-Old Man With Pre-Existing Conditions Beats Coronavirus

Leonidas Romero, 92, was discharged from Spaulding Hospital Cambridge after recovering from COVID-19

By **Alysha Palumbo** • Published April 15, 2020 • Updated on April 15, 2020 at 8:31 pm

  

Up Next



Charlie Daniels Dead at 83

A 92-year-old man left the hospital Wednesday after beating COVID-19.

A standing ovation came Wednesday for a Massachusetts patient who has beaten almost impossible odds.



69°

"He's been here about 12 days. He's done amazingly well, surpassed, I believe, anybody's expectations, being the older gentleman that he is," Spaulding Hospital Cambridge Vice President of Hospital Operations and Director of Nursing Joanne Fucile said of coronavirus patient Leonidas Romero.

**Local**
In-depth news coverage of the Greater Boston Area.



6 MINS AGO
Harvard to Allow 40% of Undergrads on Campus This Fall; Remote...



12 MINS AGO
Sununu Welcomes Trump to NH, Urges Those Attending Rally to Wear...

When Romero began experiencing respiratory symptoms a month ago, his daughter, Carolina – who's not only his caretaker, but also a health care worker at the Chelsea Soldiers Home – knew immediately she had to call for an ambulance.

"When they said my father had the coronavirus, I am nervous, I am scared," Carolina Romero said through video chat.

Romero says while she became sick with the novel coronavirus, too, and recovered, her elderly father needed much more involved care at Spaulding's Cambridge facility after leaving Massachusetts General Hospital.

"He has a lot of pre-existing conditions that really would set him up for failure with COVID, but we have seen that miraculously, he was able to overcome," said Nurse Case Manager Cintia Barbosa.

The emotion between father and daughter was palpable as the two embraced for the first time in a month, a moment Carolina Romero wasn't sure she'd ever experience.

"I'm happy, I say thank God because my father is alive," she said.





come to work every day.

"It's because of these moments that we're able to see hope in the middle of a crisis," Barbosa said.

Spaulding anticipates it will be able to discharge another four or five patients from the COVID unit over the next week.

This article tagged under:

**CORONAVIRUS • MASSACHUSETTS • COVID-19 • CAMBRIDGE**

   

## Pair Paints Over City-Sanctioned BLM Mural in Calif.

Two people were seen painting over a Black Lives Matter mural in Martinez, California.

**NBC Boston**

## Nick Cordero Dies From Coronavirus Complications at Age 41

Broadway star Nick Cordero has died from coronavirus complications. His wife, Amanda Kloots, shared the devastating news Sunday evening on her Instagram. He was...

**NBC Boston**

## Portland Businessman Charged With Parking Lot Assault

Police say an argument in a supermarket parking lot escalated into an assault in which the victim said she was targeted by homophobic slurs in Portland, Maine....

**NBC Boston**

## Teenager Hospitalized With Serious Injuries After Boating Incident in Ipswich,...

Ipswich Police report that a 19-year-old man has suffered serious, life-threatening injuries after a boating incident. Police say they responded to a call at...

# postal worker recovered from coronavirus




Dan
Atkinson

SHARE

MAY 4, 2020

# Cambridge hospital staff give send-off to postal worker recovered from coronavirus




Dan Atkinson

CAMBRIDGE, MASS. (WHDH) - A Waltham postal worker who spent two months being treated for and recovering from the coronavirus got a special send-off from Cambridge hospital workers when he finally left their care for good Monday.

Bob Johnson, 40, was admitted to Newton-Wellesley Hospital on March 31 for low oxygen levels. He later tested positive for the coronavirus and was put on a ventilator.

By mid-April, Johnson wasn't yet healthy enough to go home but was moved to Spaulding Hospital's recovery unit in Cambridge.

"Usually after the ICU, patients who are very debilitated and not able to go home and still need to be hospitalized, they end up coming to our facility for continued care," said Dr. Cintia Barbosa.

Johnson's condition finally improved and he got the OK to leave on Monday, as friends, family, and hospital workers waved signs cheering him on. Johnson used the send-off to thank everyone who had cared for him.

"I just want to say thank you to all the doctors and nurses at Newton-Wellesley for keeping me alive and taking care of me and a special thank you to the nurses and therapists at Cambridge Spaulding ... you're all heroes," Johnson said.

*(Copyright (c) 2020 Sunbeam Television. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.)*

## Recommended for You

Stay Safe, Stay Home Outbrain






5:09 62°
CORONAVIRUS CRISIS
Dr. Cynthia Barboza
SPAULDING REHABILITATION HOSPITAL
CBSN BOSTON
; CHILDREN UNDER AGE 2 ARE EXEMPT
CASES BY COUNTY: BARNSTABLE 961, BERKSHIRE


CBSN BOSTON
LIVE

# Waltham Postal Worker Discharged After Month In Hospital With Coronavirus

May 4, 2020 at 5:07 pm Filed Under: Cambridge News, Coronavirus

FOLLOW US





OUR | NEWSLETTER

Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

CAMBRIDGE (CBS) – After more than a month in the hospital with coronavirus, a 20-year veteran of the United States Postal Service is finally heading home.

Bob Johnson, 40, of Waltham, was released Monday morning from Spaulding Outpatient Center in Cambridge after spending the last two weeks in their COVID-19 recovery unit.

"He was just very debilitated. This episode just really wiped him out. He required the care of physical therapists, occupational therapists, speech therapists, and the entire medical team just kind of helping him in every discipline coming together," said Spaulding Dr. Cynthia Barboza.

MOST VIEWED



WATCH: Nonstop Illegal Fireworks Light Up Boston Skies On July 4th



Massachusetts Bars And Other Phase 4 Businesses Won't Reopen Without Coronavirus Treatment Or Vaccine, Baker Reiterates



Police: Missing Tewksbury Teen Shane Brooke Tells Family He's OK, Coming Home



3 People Shot In Lynn



Brookline Police Chief Andrew Lipson Resigns



Massachusetts Enters Phase 3 Of Coronavirus Reopening Plan Monday



Great White Shark Sighting Forces Swimmers Out Of the Water On Dennis Beach



Ipswich Teen Run Over By Own Boat In Water, Suffers Life-Threatening Injuries



Confirmed Shark Sighting In Plymouth; Swimmers Ordered Out Of The Water



Bob Johnson receives a sendoff as he is discharged from rehab following a month of treatment with coronavirus. (WBZ-TV)

Jose Rodriguez Of Boston Identified As South Shore Plaza Shooting Suspect

The husband and father was originally admitted to Newton-Wellesley Hospital on March 31. He was placed on a ventilator with low oxygen levels.

Johnson received a warm sendoff from staff members at the hospital as he left the facility.

"I just want to say thank you to all the doctors and nurses at Newton-Wellesley for keeping me alive and taking care of me," said Johnson. "And a special thank you to Cambridge-Spaulding here, all the nurses and therapists who took good care of me and got me on my feet, got some of my strength back. I can't thank you all enough. You're all heroes. Thank you."

His wife Nicole said, "I just want to say thank you, that's all. Just thank you. He's here, he's with us again and we're glad to have him home."

The Johnsons were greeted by a massive car parade of friends when they got home.

Bob will return to his job in a few weeks.

Comments

**Jeffrey Epstein Associate Ghislaine Maxwell To Be Moved From NH To NYJeffrey Epstein Associate Ghislaine Maxwell To Be Moved From...**

Prosecutors said they expect the U.S. Marshals Service to transport Maxwell to New York early this week.

**CBS Boston**

**Ipswich Teen Run Over By Own Boat In Water, Suffers Life-Threatening InjuriesIpswich Teen Run Over By Own Boat In Water,...**

The 19-year-old had to be flown to a hospital by medical helicopter.

**CBS Boston**