# EXHIBIT H

October 29, 2018

To Whom It May Concern:

Cintia Barbosa works with me as a case manager at Spaulding Hospital Cambridge. The floor we work on has medically complicated patients. We care for the chronically critically ill patients who have complex medical, psychological and social needs. The more specific population of patients we care for include those who have undergone solid organ transplants, those who have had left ventricular assist devices (LVAD) placed, those who require continued mechanical ventilatory support for respiratory failure and those with spinal cord injuries. As we have taken on more of these patients, Cintia has grown in her role as case manager to understand the varied needs of each of them.

In patients who have undergone solid organ transplant, there is an enormous amount of care and coordination with transplant teams from the various acute care hospitals in the greater Boston area. Cintia has been instrumental as the liaison between the Spaulding staff, patients/families and transplant teams. She has learned the complex needs of the transplant patient which includes their medication management, follow-up and outpatient referrals  The care of the patient with the LVAD not only requires coordination of care with the different acute care hospitals and LVAD teams but also requires coordination of care within the community. Home care companies need training in the care of these patients and local fire departments need notification of these patients if they fall within their jurisdiction. Cintia has reached beyond the hospital to make sure the community needs of these patients are met. The patients requiring mechanical ventilation have their own set of needs and if deemed chronic will need their families and other supports to come in for education around the vent. Cintia has been able to address the different needs of each patient with the needs of their families/social supports. She has organized and clarified the educational needs of the patients and their families and has communicated this effectively with the inpatient care team.

On a more daily basis, Cintia coordinates daily rounds with the medical, nursing and rehab staff. Weekly, Cintia facilitates the interdisciplinary team meetings during which the medical and functional status of the patients are reviewed by medicine, physiatry, nursing, physical therapy, occupational therapy, speech therapy, nutrition, social work, respiratory therapy and pastoral care. With this information, Cintia is able to formulate a patient care plan and plan for discharge. She keeps both the team and the insurance companies updated on a weekly or as needed basis.

Cintia is an important part of our multidisciplinary team. She is highly motivated to understand the needs of a varied patient population. With this understanding, she is able to implement a plan for the patients continued care within and beyond the patient's hospital stay.

Lerzan S. Kizilay, MD



**SPAULDING HOSPITAL**
FOR CONTINUING MEDICAL CARE
CAMBRIDGE

1575 Cambridge Street Cambridge MA 02138   617.876.4344   www.spauldingrehab.org

Case Management

October 29, 2018.

To whom it may concern,

It has been my pleasure working with Cintia Barbosa for several years on South 3 at Spaulding Hospital.

I have worked with her extensively in dealing with some very difficult cases that require quite a bit of attention. In all of these instances, Cintia has performed with the upmost professionalism. Her knowledge and expertise always help to bring the case to a compassionate and successful resolution.

Cintia, Dr. Kizilay and I work together in the same collaboration. I could not have asked for a more thorough and caring person to be part of our care plan team. I can always count on her to give direction and guidance in every situation while always maintaining a calm and professional demeanor.

One of her many strengths has to be her communication skills. Many compliments have been given by families and patients regarding her performance in this area and I for one have experienced it first-hand.

I have seen the effort and the rigorous work that she puts in with every family and I have no doubt she will excel in any setting.

On our unit we deal with many complex programs and she effortlessly assists me in my daily routine navigating through all of them.

Thank you for your consideration,


Lisa Simonian, NP



Find your strength.



**SPAULDING HOSPITAL** 
FOR CONTINUING MEDICAL CARE 
CAMBRIDGE

1575 Cambridge Street  Cambridge, MA 02138  617.876.4344  www.spauldingrehab.org

Oct. 29, 2018

It is with great pleasure that I write this letter of recommendation for Cinitia Barbosa. I have worked with Cintia now for over 3 years at Spaulding Hospital- Cambridge in my capacity as a consulting physiatrist. She is an excellent case manager who thoroughly evaluates cases and facilitates appropriate discussions at interdisciplinary team rounds. She is knowledgeable, competent and well-liked by staff and families. She undoubtedly is an asset to this institution.

Cintia has a kind and compassionate demeanor that is essential to managing difficult and complex patient–family situations. She is an effective leader in case management and I fully support her appointment to the level of Advanced Clinician.

Respectfully submitted,

Richard Zaniewski, D.O.



HARVARD
MEDICAL
SCHOOL



Find your strength.



**SPAULDING HOSPITAL**
FOR CONTINUING MEDICAL CARE

CAMBRIDGE

1575 Cambridge Street Cambridge MA 02138   617.876.4344   www.spauldingrehab.org
Case Management

October 24, 2018

Dear Review Committee:

I am writing to recommend Cintia Barbosa for advancement on the clinical ladder. I have worked with Cintia on 3S for two years. Throughout that time, she has been a pleasure to work with. She is a skilled case manager, who connects with patients and families and also works well with the interdisciplinary team.

Cintia makes a special effort to talk with patients and families about goals of care, in a respectful and compassionate way. She includes social work and other team members in this effort as appropriate, so that we can work together to address patient and family education, concerns, and coping around these issues.

Cintia also makes it a priority to stay up to date on both case management and nursing advances that impact our patient population. She clearly strives to be the best at what she does.

Cintia is able to remain focused on the goal of appropriate and timely discharge, while always staying aware of the psychosocial needs of patients and families. I recommend her for advancement without hesitation.

Sincerely,

*Sarah Petty*

Sarah Petty, LICSW



Find your strength.



**SPAULDING HOSPITAL**
*Cambridge*

October 30, 2018

To Whom It May Concern:

I am writing to recommend Cintia Barbosa advance on the clinical ladder for case management at Spaulding Hospital Cambridge. I have worked with Cintia for the last three years on the third floor as the rehabilitation manager.

Cintia helps to manage some of the more complex patients in the hospital and has become adept at difficult discharge planning. She has learned how to discharge patients on a ventilator when it seems like they have no place to go; has helped to get patients home with LVADs that continue to require constant supervision and care due to complications after the VAD placement; and has helped to problem solve cases that at times, appear hopeless. She is a good advocate for her patients and has a calm and cool demeanor that goes a long way with challenging families and frustrated team members.

In addition to the work that Cintia does on the floor, she is also a valuable member of the goals of care committee at Spaulding Cambridge and is part of the committee that was convened to look at the long lengths of stay for our ventilator dependent patients. Cintia volunteers valuable insights as well as possible solutions to tackle these challenging problems. She is not afraid to think outside of the box and try novel treatments or techniques if it means it might be the patient's only shot at getting home.

In summary, it has been a pleasure to work with Cintia on the third floor and I look forward to continuing to work with her in the future. She is able to handle the complexities of the patients, the many different personalities of the staff, and the many demands placed on her, and the whole team, from insurance companies. Despite this, she continues to be an excellent advocate for her patients.

I recommend Cintia to advance on the clinical ladder for case management. Please feel free to contact me with any further questions.

Sincerely,

*[signature]*

Hillary Raimondi, PT
3rd Floor Rehabilitation Manager
Spaulding Hospital Cambridge

1575 Cambridge Street, Cambridge, Massachusetts 02138-4398   617-876-4344   FAX: 617-547-5501